## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                            Case Number:
CONSUMER PROGRAM ADMINISTRATORS, INC.

    Plaintiff

v.

KENNETH B. ZANGARA, et al.

    Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

    CONSUMER PROGRAM ADMINISTRATORS, INC.

FILED: AUGUST 25, 2008
08CV4852
JUDGE CASTILLO
MAGISTRATE JUDGE COX
YM

| NAME (Type or print) |
|---|
| WILLIAM N. HOWARD |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ WILLIAM N. HOWARD |

| FIRM |
|---|
| FREEBORN & PETERS LLP |

| STREET ADDRESS |
|---|
| 311 S. WACKER DR., SUITE 3000 |

| CITY/STATE/ZIP |
|---|
| CHICAGO, IL 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6190114 | (312) 360-6415 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES [X] | NO [ ] |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES [ ] | NO [X] |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES [X] | NO [ ] |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES [X] | NO [ ] |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL [ ]    APPOINTED COUNSEL [ ]