**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| In the Matter of | Case Number: |
|---|---|
| CONSUMER PROGRAM ADMINISTRATORS, INC. | |
| Plaintiff | |
| v. | |
| KENNETH B. ZANGARA, et al. | |
| Defendants | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

CONSUMER PROGRAM ADMINISTATORS, INC.   FILED: AUGUST 25, 2008
08CV4852
JUDGE CASTILLO
MAGISTRATE JUDGE COX

| NAME (Type or print) | YM |
|---|---|
| HILLARD M. STERLING | |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ HILLARD M. STERLING |

| FIRM |
|---|
| FREEBORN & PETERS LLP |

| STREET ADDRESS |
|---|
| 311 S. WACKER DR., SUITE 3000 |

| CITY/STATE/ZIP |
|---|
| CHICAGO, IL   60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6232655 | (312) 360-6384 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☒ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐