IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CONSUMER PROGRAM ADMINISTRATORS, INC., an Illinois corporation,<br><br>    Plaintiff,<br><br>v.<br><br>KENNETH B. ZANGARA, a New Mexico citizen, ROBERT J. TABOR, a New Mexico citizen, and ZANGARA DODGE, INC., a New Mexico corporation<br><br>    Defendants. | FILED: AUGUST 25, 2008<br>08CV4852<br>JUDGE CASTILLO<br>MAGISTRATE JUDGE COX<br>No. YM |

### LR 3.2 Notification Of Affiliates

Pursuant to Local Rule 3.2 of the Rules of the United States District Court for the Northern District of Illinois, Plaintiff, CONSUMER PROGRAM ADMINISTRATORS, INC., an Illinois corporation, hereby states that it has the following publicly held affiliates: *See* **Exhibit "A"** attached hereto and made a part hereof

                                                              s/ <u>Hillard M. Sterling</u>

Dated:   August 25, 2008

William N. Howard, Esq.
       Bar No. 6190114
Hillard M. Sterling, Esq.
       Bar No. 6232655
FREEBORN & PETERS LL[
311 S. Wacker Dr., Suite 3000
Chicago, Illinois  60606
(312) 360-6415

# EXHIBIT "A"

Virginia Surety Company, Inc., Defendant ("VSC")
AWS Warranty Services of Canada, Inc.
AWS Warranty Services of Quebec, Inc.
AWST (Thailand) Co., Ltd.)
Associates Dealer Group of Bellevue, Washington, Inc.
Automotive Insurance Purchasing Group, Inc.
Automotive Warranty Services of Florida, Inc.
Automotive Warranty Services, Inc.
Consumer Program Administrators, Inc.
Dealer Performance, Inc.
FFG Corporation
First Extended Service Corporation
First Extended Service Corporation of Florida
First Extended, Inc.
!MC (Harrow) Limited
LGH Warranty Group Services Limited
London General Insurance Company Limited
London General Life Company Limited
National Product Care Company
Product Care, Inc.
RDG Resource Dealer Group (Canada) Inc.
Resource Acquisition Corporation
Resource Automotive, Inc.
Resource Dealer Group of Arizona Insurance Services, Inc.
Resource Dealer Group of Nevada, Inc.
Resource Dealer Group, Inc.
Resource Dealer Insurance Services of California, Inc.
Resource Life Insurance Company
Resource Training, Inc.
Rockford Holding, Inc.
Rockford Life Insurance Company
Service Protection, Inc.
Service Saver, Incorporated
ServicePlan of Florida, Inc.
ServicePlan, Inc.
TWO Argentina Compania de Seguros S.A.
TWG Holdings, Inc.
TWO Home Warranty Services, Inc.
TWG Innovative Solutions, Inc.
TWG Repair Services (Shanghai) Co., L TD
TWG Services Limited
TWG Warranty Group, Inc.

TWG Warranty Services do Brasil Ltda.
TWG Warranty Services, Inc.
The Warranty Group Australasia Pty Ltd.
The Warranty Group Colombia S.A.
The Warranty Group France S.A.R.L.
The Warranty Group Korea, Inc.
The Warranty Group Peru
The Warranty Group Polska Sp Z.o.o.
The Warranty Group Services (Isle of Man) Limited The Warranty Group Services Limited
The Warranty Group Spain S.A.
The Warranty Group UK Limited
The Warranty Group, Inc.
The Warranty Group Korea, Inc.
The Warranty Services Australasia Pty Ltd.
The Warranty Services de Mexico S.A. de C.V. Virginia Surety Compania de Seguros do Brasil
Virginia Surety Compania de Seguros S.A.