## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08cv4852                              Assigned/Issued By: j. n.

Judge Name: castillo                               Designated Magistrate Judge: cox

---

### FEE INFORMATION

Amount Due:   [✓] $350.00    [ ] $39.00    [ ] $5.00
              [ ] IFP        [ ] No Fee    [ ] Other _____
              [ ] $455.00

Number of Service Copies _____        Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: 350                            Receipt #: 3049403

Date Payment Rec'd: 8-25-08                 Fiscal Clerk: j. n.

---

### ISSUANCES

[✓] Summons                                 [ ] Alias Summons

[ ] Third Party Summons                     [ ] Lis Pendens

[ ] Non Wage Garnishment Summons            [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons      _____
                                            _____
                                            *(Victim, Against and $ Amount)*

[ ] Citation to Discover Assets             [ ] Other

[ ] Writ _____                 _____
        *(Type of Writ)*                    _____
                                            *(Type of issuance)*

3  Original and  0  copies on  8-25-08  as to  all defendants
                              *(Date)*